# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## CIVIL DIVISION

RECEIVED OCT 17 2023
CLERK, U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RECEIVED OCT 11 2023
PITTSBURGH OFFICE OF SUPERIOR COURT

## CIVIL COVER SHEET

GREGORY BAUCUM, ) JUDGE: ISBJ
3000 So. GRANDE BLVD. ) CASE NO: 23-1790
GREENSBURG, PA. 15601, ) COUNSEL: SELF   #4
PRO SE PLAINTIFF ) REPRESENTING: PRO SE
) P.A.I.D. No: NA   No Fee
V. ) FIRM: NA   IFP
COMMONWEALTH OF PENNSYLVANIA, ) ADDRESS: NA
WESTMORELAND COUNTY ) PHONE No: NA
DISTRICT ATTORNEY'S OFFICE, ) FAX No: NA
ASSISTANT DISTRICT ATTORNEY ) EMAIL: NA
ANTHONY IANNAMORELLI,
DETECTIVE RAYMOND DUPILKA, )
(IN THE OFFICIAL CAPACITY) 2 N. MAIN ST.)   CIVIL CLAIM
GREENSBURG, PA. 15601, )
DEFENDANTS

1. Is the amount in controversy less than $30,000
☐ yes  ☒ NO

2. Does this case involve discovery of electronically stored information? ☒ yes ☐ NO

3. Does this case involve a Construction Project?
☐ yes ☒ NO

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY: Please enter my

appearance on behalf of the Plaintiff/Petitioner. Papers may be served at the address for the above.

Signature: Pro Se _____ Date: 10/4/23

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that a true and correct copy of the foregoing civil complaint has been served upon all other parties at the address below via this 4th day of October, 2023.

Commonwealth of Pennsylvania,
WESTMORELAND COUNTY DISTRICT ATTORNEY'S OFFICE, ASSISTANT DISTRICT ATTORNEY ANTHONY IANNAMORELLI, DETECTIVE RAYMOND DUPILKA, LAW ENFORCEMENT AGENCY
2 North Main Street
Greensburg, Pa 15601

Signature: _____

Date: 10/4/23

## NOTICE TO DEFEND

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served by attorney and filing in writing with the court your defenses or objections to the claimant set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgement may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

PUBLIC DEFENDERS OFFICE
2 North Main Street
Greensburg, Pa 15601

UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

GREGORY BAUCUM, )
PLAINTIFF )
)
V. )
)
COMMONWEALTH OF PENNSYLVANIA, ) CASE NO. _____
WESTMORELAND COUNTY )
DISTRICT ATTORNEY'S OFFICE, )
ASSISTANT DISTRICT ATTORNEY )
ANTHONY IANNAMORELLI, )
LAW ENFORCEMENT DETECTIVE ) CIVIL CLAIM
RAYMOND DUPILKA, )
DEFENDANTS

## COMPLAINT

The facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

1983 Civil action for deprivation of rights 42 U.S.C.A. 1983 deprivation of life, liberty, or property. Retaliation, injury to the person or reputation, punitive damages, compensatory damages, monetary relief, along with injunctive relief and removal of all active parties

①

from their current official position;
debarment, as well as the defendants being
charged for their illegal misconducts.
Unnecessary and wanton infliction of pain.
Malpractice by dishonest corruption and
unprofessional conduct which resulted in
the unlawful arrest, and conviction of the
Plaintiff. (Intentional infliction of emotional distress) *
Retaliation; injury to the person or reputation
motivated by evil motive, or intent, or when it involves
reckless or callous indifference to the federally
protected by Constitution. (42 USCA 1983)

Assistant District Attorney Anthony Iannamorelli,
Detective Raymond Dupilka both of whom are
employed by the Westmoreland County District
Attorneys office, has committed acts that
has violated numerous acts of the United
States Constitution.
In 2017 the Plaintiff was arrested and
charged with intimidation of a witness, and
retaliation on a witness, on the murder of officer
Brion Shaw; A.D.A. Anthony Iannamorelli and Detective
Raymond Dupilko, worked at investigating and
prosecuting the case together. The Petitioners' ②

first trial resulted in an acquittal. Which not only contained, not a Jury of his peers. All selected and challenged jurors, were all white. One of the jurors was the A.D.A.'s and his wifes former teacher, not only that, but she was the foreperson. (No challenges for the defense left.) When the petitioner was released, he had in his possessions the transcripts of the entire investigation of everyone the Law Enforcements had talked to, in regards to the police investigating it.

One of which was in no way involved in the incident, but overheard a codefendants of the defendant at the time, son of Plaintiff, Rahmael Holt; talking about the case. (TAYLOR MITCHELL / LAKITA CAIN) Tasha Williams used what she heard to bargain her way out of jail. She was incarcerated for having drugs in her house, which was raided by the A.T.F. But was released on a Court order claiming the Petitioner was too dangerous. Petitioner, was not involved in any way with the murder of officer Brian Shaw, and obtained a copy of the Order from his attorney Matthew Schimizzi. While incarcerated. The Plaintiff knew Tasha Williams from

③

New Kensington where officer Shaw's murder occurred. He knew her from seeing her, made jitney trips for her, even was sexually involved with her in the past.

So when Mr. Baucum originally saw her making hearsay statements in the transcripts, he sent her a message on F.B. messenger stating; "So you're snitching on my son too." Rat eating cheese emoji's. She responded with very vulgar words, which the conversation ended briefly - (2018)

No threats, no mentioning of trial, or testifying or anything else, all in her inbox. Nothing public.

Plaintiff arrives home after receiving a call informing him the Sheriff was at his house. Once he approached the Sheriffs, he asked; "what was going on I live here," one of the detectives asked for Plaintiffs I.D., then arrested him. He then waived his rights and asked questions. At this time he was confronted by Detective Dupilka who had both of his phones in his possession; that belonged to the Petitioner. Not having anything to hide he had given the passcodes to the Detective who wrote it down; then waived his rights in front of a Magistrate in Homewood, to be extradited to Westmoreland

(4)

County Magistrate Judge, then to Westmoreland County Prison. The Plaintiff was charged with Intimidation of a witness/victim, and Retaliation of a witness/victim, bond $50,000. (First Amendment) FREEDOM OF SPEECH Constitutional RIGHTS VIOLATED. Any speech which does not fit into one of narrow exceptions to general guarantee of freedom of speech is constitutionally protected from government interference, regardless of how vulgar or lacking in taste, or social, political, or artistic content the speech is. Com. v. Zullinger, 676 A.2d 687, 450 Pa. Super. 533 Super. 1996.

Equal protection clause of Pennsylvania Constitution is designed to protect Commonwealth citizens from being harassed or punished for the exercise of their constitutional rights. Montanye v. Wissahickon School Dist., E.D. Pa. 2004 327 F. Supp. 2d 510. Commonwealth violated the petitioner by Excessive BAIL, Denying his right to speedy trial Rule 600(A)(1)(g), or the remedies (D)(1)(2) Due Process USCA Const. Amend XIV

Retaliated by going after the family of Rahmael ⑤ HoLT, by any means necessary, for the murder of Brian Shaw; committing crimes in doing it.

The Petitioner was mistreated horribly by an

RECEIVED
OCT 11 2023
PITTSBURGH OFFICE OF SUPERIOR COURT

extremely high bail." It has been held that, while bail shall be sufficiently high to give reasonable assurance that the undertaking will be complied with, the power to require bail is not to be used so as to make it an instrument of oppression. (USCA Const. Amend VIII) Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted. Mr. Baucum had a normal job paying $14 an hour biweekly, he already had fines to pay and was in no shape to pay $50,000 amount for bail. No alternatives was discussed in regards to violating his Rule 600. No house arrest, no halfway house, no other alternative than jail; no nominal bail, or reduction of bail either was discussed. (False imprisonment) By arresting the Plaintiff, the defendant acted with malicious intent to prosecute and confine the plaintiff within boundaries fixed by him; the defendants act directly or indirectly resulted in such confinement; and the petitioner was conscious of this confinement, or was harmed by it. Pennoyer v. Marriott Hotel Services, Inc. 324 F.Supp.2d 614 (Biased Jury.) All white jury, alternate challenged. Jurors, foreperson, A.D.A, clerks, reporters, all at both trials.

While incarcerated, the Petitioner had written his attorney on numerous occasions pertaining to investigating leads he had in regards to the defenses preparation,

⑥

and strategy for trial. The attorney Mr. Schimizzi, informed Mr. Baucum on numerous occasions, the prosecution claimed it was only 1 cellphone they were in possession of. (Withholding Evidence) At the time of arrest Detective Dupilka was given 2 cellphones and during the whole duration from the arrest to the trial was aware of both phones and it's contents, but denied as a state witness there wasn't another cellphone. (Perjury)

During trial the Plaintiff, took the stand and confirmed the exhibits of the facebook messages were "Bogus", and "were altered", he also stated "my other phone could confirm that". A.D.A. Anthony Iannamorelli responded, "there is no other phone". On record in trial, in front of the Jury and Judge. (Perjury) (Tampering with evidence) Rule 901 Authenticating or Identifying evidence (1) Testimony of a witness with knowledge. Testimony an item is what it is claimed to be. (3) Comparison by a expert witness or trier of the fact (4) Distinctive characteristics and the like. The appearance, contents, substance, internal patterns or other distinctive characteristics of the item, taken together with all the circumstances (9) Evidence about a process or system: Pennsylvania law treats these requirements as an aspect of authentication. Com v. Hudson, 414 A2d. 1381 (Pa 1980) Pa. Rule 901 (a)(b)(1)(3)(4)(9) is identical to F.R.E. (a)(b)(1)(3)(4)(9). The exhibits shown by

(7)

prosecution at trial of Facebook textes was so unreliable that a verdict of guilty cannot be based thereon; a jury may not be permitted to return such a finding. (Obstruction of Justice.) USCA Constitutional Amendment XIV The government violates the Constitutions Due Process Clause. if it withholds evidence, that is favorable to the defense and material to the defendants guilt or punishment.

It wasn't until this year that the Plaintiff received a call informing him that his cell phone was found. (2023)   Judge (Mears.) informed petitioner via phone conference, that in order to receive his phone he would have to waive his appeal which he did. When Mr. Baucum received his phone, his facebook account was deactivated and deleted; along with pictures of his many trips to NewYork, New Jersey, Washington DC, (by the gates of the White House) Minnesota, family and friends, his daughter he hadn't seen in 15 years, and of his mother who passed away while in jail on this very case. Got a call from his brother to the counselor there to call, with his info of her passing. This not having her here any more was devastating; Plaintiff being the oldest and not being there to help with the arrangements, had been totally emotionally hard to deal with, at least he had the pictures of her to reminisce and maybe print out. So he thought when he looked and

(11)

they were not there. So despite everything else done to him illegally with no repercussions for their illegal actions, this left a enormous pain of at least having that to cherish gone; removed, deleted. The same "people who were suppose to uphold the very laws, they broke them instead themselves. The government violates this duty where the evidence is favorable to the accused i.e. it is exculpatory or impeaching. (2) The government either intentionally or inadvertently suppressed the evidence, and (3) the suppression prejudiced the accused. Suppression is prejudicial if the evidence is material, meaning that "there is a reasonable probability that, had the evidence been disclosed, the result of the proceeding would have been different. A reasonable probability of a different result is one sufficient to 'undermine confidence in the outcome of the trial. Making this determination" is legally simple, but factually complex," requiring us to consider the new evidence in light of the entire trial record. Since the illegal conviction and destruction of the petitioners property (Pictures, facebook accounts), along with being humiliated and biased by old friends, family, even former employers of which once upon a time he was employed, refused to give him documents pertaining to his employment with them, when this arrest and conviction was over. (Prior work verification) Contingent staffing (employer)

(9)

The Petitioner was labeled and marked, online harsh names and pictures of him with derrogative words by it. Racial slurs, seeing stuff that was uncalled for.

Now that the phone was found and rights violated as was stated, Justice may not prevail still. There's no repairable solution for the mental anguish, stress, depression, P.T.S.D from all this animosity the Petitioner has had to deal with, or that was caused by this false imprisonment by the Commonwealth. How do you recover from being guilty by tampered evidence? If the phone was lost how do it get confirmed where it was, who had it, how it got there, how long was it really missing, When was it deleted, copied, Where was it found, how long was it there. (Rule 1004) The case is strongest for excluding a duplicate where it appear that it is materially inaccurate, and the party offering the duplicate engaged in improper conduct that deprived the opponent of the original, a general preference for the original is an insufficient basis for excluding a duplicate; there must be enough evidence to permit a reasonable jury to conclude the original is authentic. There wasn't. (Pa.R.E. 1003) should tend to eliminate purely technical objections and unnecessary delay. In those cases where the opposing party raises a genuine question as to authenticity or the fairness of using a duplicate, the trial court may require the production of the original under this rule.  (10.)

The illegal misconducts allowed to be inflicted on innocent tax paying peoples lives, is extremely breath taking, and leaves a stain on the justice system. No one should be above the law. Mr. Baucum has lost 2 years of his life fighting 2 cases he was not directly involved with at all. How do you undo that? The misery and pain suffered. What about his youngest son killed in Wilkinsburg 2006, no arrests? (Quasim Holt) 11·20·89-3·27·06 Nephews Jay Holt, or William Harrington both killed. This petitioner has been through enough. Now this. The Commonwealth as a whole is very much responsible for condoning this behavior, past and present. They are employed by the Commonwealth and they're the ones who allowed their actions to continue. So they too need to be held accountable for the training, procedures, and misconducts that were provided to them with the opportunity, resources, and motives to accomplish these unlawful misconducts, at Mr Baucums' expense. (42 Pa.C.S.A. §9543 Eligibility for relief) (a) To be eligible for relief under this subchapter, the petitioner must plead and prove by a preponderance of the evidence, all of the following: (2) That the conviction or sentence resulted from one or more of the following: (i)(ii)(vi)(3) It has been shown, all the evidence presented.

(11)

The same statutes the petitioner was convicted of by the Commonwealth of Pennsylvania, A.D.A. Anthony Iannamorelli, and Detective Raymond Dupilka, they themselves are guilty of, and more. (4953 Retaliation against a witness/victim) To satisfy the requirements of the provision of the statute criminalizing retaliation against a witness or victim that a person commits an offense if he "harms another by an unlawful act" it must be shown that a person (1) caused harm and that (2) such harm resulted from an unlawful act. Com. v. Ostrosky, 909 A2d, 1224, 589 Now the same very charge that the Plaintiff Mr. Baucum was convicted of, they committed themselves. (4952 Intimidation of a witness/victim) 18 Pa.C.S.A 4952 (a) A person commits an offense if, with the intent to or with the knowledge, that his conduct will destruct, impede, impair, prevent or interfere, with the administration of criminal justice, he intimidates or attempts to intimidate any witness or victim to (1) Refrain from informing or reporting to any law enforcement officer, prosecuting official or judge concerning any information, document, or thing relating to the commission of a crime. As the Plaintiff writes up this complaint, most of the information needed such as exact dates and other legal documents, aren't in his possession. Other tactics by the Commonwealth to prevent him from legally obtaining his legal

(12)

transcripts from trial has prevented this.
That legally he's allowed to ask for, and receive free of charge.
So now the Plaintiff has to take more Psyche meds to help with his mental health.
The Petitioner would like to add to another violation of Due Process rights. (Civil Regulation of Prosecutors) The guarantee of due process prohibits a prosecutor from choosing to proceed against a defendant for exercising a statutory or Constitutional Right Due.

(A.) Controlling Amendments
As a minister of justice, the prosecutor must not attempt to achieve her ends of justice through unjust means.              (NY Penal Law § 195.00) Official misconduct
A public servant is guilty of official misconduct when, with intent to obtain a benefit or to injure or deprive another person of a benefit:
1. He commits an act relating to his office by constituting an unauthorized exercise of his official functions, knowing that such act is unauthorized; or
2. He knowingly refrains from performing a duty which is imposed upon him by law or is clearly inherent in the nature of his office.
Official misconduct is a class A misdemeanor ⑬
§ 2. This act shall take effect on the first day of

November next succeeding the date on which it shall have become a law.

The willful misconduct of the Commonwealths' A.D.A. Anthony Iannamorelli and Detective Raymond Dupilka, knew that their actions were illegal and would deprive the Plaintiff life, liberty, and freedom, his property, phone as well as rights. This was the main objective, had the original copies in the phone been shown and didn't match the text, Mr. Baucum would be acquitted again.
Him a black man who's son was convicted of the murder of a white New Kensington officer. They set out to prosecute the entire family, not given the chance for anything. He would not beat the District Attorneys Office again; legal or illegal tactics if necessary, and claim immunity to justify his actions.
How do you lose property given to your Detective? Why lie at trial and say it was only 1 cellphone? How did his Facebook account get closed? It was in your possession, and Facebook can confirm when it was deactivated. Petitioner was in Jail up until his release, and was mailed the phone. Already gone when he obtained it. The motive, to regain what he lost before at trial and that was a conviction. Win at any cost.

(14)

Not obeying or complying with commands, authority, Rules and Procedure of Conduct for public officers. Disobedient, unruly, unwilling to be concerned for consequences their actions has created, or another civilians life or freedom. The Laws that are their to be enforced are used for personal vendettas to willfully, illegally prosecute anymore; regardless if it jeopardizes their jobs or not.

So for these actions, the plaintiff humbly requests a fair decision in regards to this claim.

Prayer for a relief.

Sincerely,

RECEIVED
OCT 11 2023
PITTSBURGH OFFICE OF
SUPERIOR COURT

(6)